UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> *Defendant*. | Civil Action No. 17–0157 (ABJ) |

### DEFENDANT'S STATUS REPORT

Defendant, the United States Department of State ("Defendant"), by and through its undersigned counsel, respectfully submits this Status Report pursuant to the Court's March 15, 2017 Minute Order.

1. At issue in this lawsuit is a Freedom of Information Act ("FOIA") request that Plaintiff, Judicial Watch, Inc. ("Plaintiff"), submitted to Defendant seeking "[a]ny and all records reflecting the number of Refugee Travel Loans furnished by the State Department's Bureau for Population, Refugees, and Migration (PRM) to the International Organization for Migration (IOM) per year; the number of travel loans that are defaulted upon per year; and the amount of money written off per defaulted loan" from 2010 to the present. *See* ECF No. 1 ¶ 5.

2. According to its Complaint, Plaintiff submitted this request to Defendant on February 5, 2016. *See id.* On March 17, 2016, Defendant sent a letter to Plaintiff acknowledging receipt of this FOIA request. *See id.* ¶ 7. To date, Defendant has not issued a final response to Plaintiff's FOIA request. *See id.* ¶ 8.

3. On January 24, 2017, Plaintiff initiated the instant lawsuit seeking, *inter alia*, an order from this Court directing Defendant to search for and produce responsive, non-exempt records. *See id.*, Prayer for Relief.

4. On April 4, 2017, Defendant notified Plaintiff that it does not furnish Refugee Travel Loans and, accordingly, would not expect to have any records responsive to Plaintiff's request. Defendant further informed Plaintiff that it was prepared to issue a final response to this effect. However, Defendant offered, as a courtesy, to reformulate Plaintiff's request and to process the corrected request.

5. On April 4, 2017, Plaintiff agreed to Defendant's proposed reformulation of the request and Defendant initiated searches for records potentially responsive to this new request.

6. On April 12, 2017, Defendant filed a Status Report with this Court, indicating that had it begun processing Plaintiff's request, but was not yet in a position to submit a report setting forth a schedule for the completion of its production of responsive documents, if any, to Plaintiff. *See* ECF No. 10.

7. Since then, Defendant has completed its search for responsive records. Based on the results of that search, Defendant believes that it can issue a final determination to Plaintiff within fourteen days—by May 26, 2017.

8. After Defendant issues its final determination to Plaintiff, Defendant proposes that the Parties meet and confer by June 9, 2017, regarding what issues, if any, remain related to Defendant's processing of Plaintiff's FOIA request.

9. Thereafter, Defendant proposes that the Parties file a joint status report by June 23, 2017, apprising the Court of what issues, if any, remain and, if necessary, proposing a briefing schedule for dispositive motions.

10. Plaintiff's counsel has advised that Plaintiff does not oppose this schedule.

11. A proposed order is provided herewith.

Dated: May 12, 2017

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. BAR # 415793
United States Attorney

.

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By: */s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2551
Email: Brian.Field@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC,<br><br>      *Plaintiff*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>      *Defendant*. | Civil Action No. 17–0157 (ABJ) |

### [PROPOSED] ORDER

Upon consideration of the Defendant's Status Report, and the entire record herein, it is hereby:

**ORDERED** that Defendant shall issue a final determination to Plaintiff regarding Plaintiff's FOIA request by May 26, 2017; and it is

**FURTHER ORDERED** that the Parties shall meet and confer by June 9, 2017, regarding what issues, if any, remain related to Defendant's processing of Plaintiff's FOIA request; and it is

**FURTHER ORDERED** that the Parties shall file a joint status report by June 23, 2017, informing the Court about what issues, if any, remain and, if necessary, proposing a briefing schedule for dispositive motions.

SO ORDERED

_____                                 _____
Date                                                             United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2017, I served the foregoing with the Court's electronic filing system, which will provide notice to all counsel of record.

>  */s/ Brian J. Field*
>  Brian J. Field