UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> *Defendant*. | Civil Action No. 17–0157 (ABJ) |

## JOINT STATUS REPORT

Defendant, the United States Department of State ("Defendant"), along with Plaintiff, Judicial Watch ("Plaintiff"), respectfully submit this Joint Status Report pursuant to the Court's May 12, 2017 Minute Order.

1. At issue in this lawsuit is a Freedom of Information Act ("FOIA") request that Plaintiff submitted to Defendant seeking "[a]ny and all records reflecting the number of Refugee Travel Loans furnished by the State Department's Bureau for Population, Refugees, and Migration (PRM) to the International Organization for Migration (IOM) per year; the number of travel loans that are defaulted upon per year; and the amount of money written off per defaulted loan" from 2010 to the present. *See* ECF No. 1 ¶ 5.

2. Defendant issued its final determination to Plaintiff on May 24, 2017.

3. Since then, the Parties have conferred and have agreed that Defendant will provide Plaintiff with a draft declaration addressing its processing of Plaintiff's FOIA request by August 2, 2017.

4. Thereafter, the Parties agree to file a Joint Status Report with this Court by August 25, 2017, apprising the Court of what issues, if any, remain and, if necessary, proposing a briefing schedule for dispositive motions.

5. A proposed order is provided herewith.

Dated:  June 23, 2017			Respectfully submitted,

			CHANNING D. PHILLIPS
			D.C. BAR # 415793
			United States Attorney

.			DANIEL F. VAN HORN
			D.C. BAR # 924092
			Chief, Civil Division

			By: */s/  Brian J. Field*
			BRIAN J. FIELD
			D.C. Bar #985577
			Assistant United States Attorney
			555 4th Street, N.W.
			Washington, D.C. 20530
			Phone:  (202) 252-2551
			Email:  Brian.Field@usdoj.gov

			*Counsel for Defendant*


			By: /s/ *James F. Peterson*
			JAMES F. PETERSON
			D.C. Bar No. 450171
			JUDICIAL WATCH, INC.
			425 Third Street, S.W., Suite 800
			Washington, DC  20024
			(202) 646-5172

			*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> *Defendant*. | Civil Action No. 17–0157 (ABJ) |

### [PROPOSED] ORDER

Upon consideration of the Defendant's Status Report, and the entire record herein, it is hereby:

**ORDERED** that Defendant shall provide Plaintiff with a draft declaration addressing its processing of Plaintiff's FOIA request by August 2, 2017; and it is

**FURTHER ORDERED** that the Parties shall file a joint status report by August 25, 2017, informing the Court about what issues, if any, remain and, if necessary, proposing a briefing schedule for dispositive motions.

SO ORDERED

_____                                    _____
Date                                                             United States District Judge