**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JUDICIAL WATCH, INC, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> *Defendant*. | Civil Action No. 17–0157 (ABJ) |

**STIPULATION OF DISMISSAL**

Plaintiff, Judicial Watch, and Defendant, the United States Department of State, through

their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated:  August 22, 2017                    Respectfully submitted,

                                                            CHANNING D. PHILLIPS
                                                            D.C. BAR # 415793
                                                            United States Attorney

.                                                           DANIEL F. VAN HORN
                                                            D.C. BAR # 924092
                                                            Chief, Civil Division

                                                            By: */s/ Brian J. Field*
                                                            BRIAN J. FIELD
                                                            D.C. Bar #985577
                                                            Assistant United States Attorney
                                                            555 4th Street, N.W.
                                                            Washington, D.C. 20530
                                                            Phone:  (202) 252-2551
                                                            Email:  Brian.Field@usdoj.gov

                                                            *Counsel for Defendant*

By:  /s/ *James F. Peterson*
JAMES F. PETERSON
D.C. Bar # 450171
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172
Email:  jpeterson@judicialwatch.org

*Counsel for Plaintiff*